No. 02–10148. In re Dockeray, *ante*, p. 925;

No. 02–10166. de Urioste *v.* Finn, Warden, et al., *ante*, p. 919;

No. 02–10177. Pierre *v.* Florida, *ante*, p. 945;

No. 02–10211. Gomez *v.* Virginia, *ante*, p. 945;

No. 02–10271. J. B. C. *v.* P. A. B., *ante*, p. 947;

No. 02–10422. Bullard *v.* Head, Warden, *ante*, p. 963;

No. 02–10427. Moore *v.* Frank, Secretary, Wisconsin Department of Corrections, *ante*, p. 963;

No. 02–10464. Banks *v.* United States, *ante*, p. 909; and

No. 02–10603. Womack *v.* Barnhart, Commissioner of Social Security, *ante*, p. 965. Petitions for rehearing denied.

No. 02–733. Gerling Global Reinsurance Corporation of America et al. *v.* Garamendi, Insurance Commissioner, State of California, *ante*, p. 955. Motion for leave to file petition for rehearing denied.

SEPTEMBER 10, 2003

No. 03–41. Maryville Academy et al. *v.* Wallace, Individually and as Administrator of the Estate of Wallace, Deceased. Sup. Ct. Ill. Certiorari dismissed under this Court's Rule 46.1.

SEPTEMBER 11, 2003

No. 03–6283 (03A222). Hunt *v.* North Carolina. Sup. Ct. N. C. Application for stay of execution of sentence of death, presented to The Chief Justice, and by him referred to the Court, denied. Certiorari denied.

No. 03–6302 (03A224). Hunt *v.* North Carolina. Sup. Ct. N. C. Application for stay of execution of sentence of death, presented to The Chief Justice, and by him referred to the Court, denied. Certiorari denied.